

# Fourth Court of Appeals
## San Antonio, Texas

April 17, 2013

No. 04-13-00128-CR

Rafael **ALFARO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 81st Judicial District Court, Wilson County, Texas
Trial Court No. 12-04-047-CRW
Honorable Donna S. Rayes, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF JURISDICTION.

It is so **ORDERED** on April 17, 2013.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand, and affixed the seal of the said court on this 17th day of April, 2013.

_____
Keith E. Hottle, Clerk